DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

LARRY OXENDINE, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1976

———————————————

June 26, 2026

Appeal from the Circuit Court for Manatee County; Frederick Peter Mercurio, Judge.

Blair Allen, Public Defender and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.


PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.